**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KEVIN NIEMEYER and RICHARD KELLER, individually and on behalf of all others similarly situated, § § § § | Docket No. 4:14-cv-03068 |
| Plaintiffs, § § | |
| vs. § | COLLECTIVE ACTION |
| § | |
| WEATHERFORD INTERNATIONAL, LLC and PRECISION ENERGY SERVICES, INC., § § § § | |
| Defendants. § | |

## PLAINTIFFS' NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs hereby submit the following Consents to Join Collective Action in connection with the above-entitled and numbered action, which are attached hereto as Exhibit A:

1. Joseph Kelly; and
2. James McAtee.

Dated: March 31, 2016

Respectfully submitted,

/s/ *Shanon J. Carson*
Shanon J. Carson
Fed. ID No. 2330781
State Bar No. PA 85957
Sarah R. Schalman-Bergen
Fed. ID No. 2330780
State Bar No. PA 206211
Alexandra L. Koropey
Fed. ID No. 2330782
State Bar Nos. PA 315240; NJ 10922013
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

scarson@bm.net
sschalman-bergen@bm.net
akoropey@bm.net

Richard J. (Rex) Burch
Fed. ID No. 21615
State Bar. No. 24001807
James A. Jones
State Bar. No. 10908300
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com
jjones@brucknerburch.com

Michael A. Josephson
Fed. Id. 27157
State Bar No. 24014780
mjosephson@fibichlaw.com
Andrew Dunlap
Fed Id. 1093163
State Bar No. 24078444
adunlap@fibichlaw.com
Lindsay Rae Itkin
Fed Id. 1458866
State Bar No. 24068647
litkin@fibichlaw.com
**FIBICH, LEEBRON, COPELAND, BRIGGS &JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 – Telephone
713-751-0030 – Facsimile

David A. Hughes
State Bar No. ASB-3923-U82D
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, AL35401
(205) 344-6690
(205) 344-6188 (Facsimile)
dhughes@hardinhughes.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF CONFERENCE**

This filing does not seek an order from, or require any action by, the Court.

Accordingly, no certificate of conference is required.

/s/ *Shanon J. Carson*
Shanon J. Carson

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all known parties on this 31st day of March, 2016.

/s/ *Shanon J. Carson*
Shanon J. Carson