United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN NIEMEYER, et al., individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Docket No. 4:14-cv-03068 |
| | § | JURY TRIAL DEMANDED |
| vs. | § § | |
| WEATHERFORD INTERNATIONAL, LLC and PRECISION ENERGY SERVICES, INC., | § § § § | COLLECTIVE ACTION |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Approval of FLSA Settlement (the "Motion"). Having carefully reviewed and scrutinized the Motion, the Settlement Agreement, and all of the related attachments and terms, the Court is of the opinion that the settlement is a fair and reasonable resolution of a bona fide dispute regarding the FLSA and related wage and hour claims and therefore the Motion should be granted for all the reasons set forth therein.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement is APPROVED. ~~The Court will enter a conditional order of dismissal.~~ No later than thirty days following the close of the claims period, the parties shall jointly submit an Order dismissing all of the claims in accordance with the terms of the Settlement Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same and all attorney's fees borne by the party incurring same, except to the extent as otherwise provided in the Settlement Agreement.

ORDERED this 27th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:141204953.1 082082.1009