United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kevin Niemeyer, et al, | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-14-3068** |
| | § | |
| Weatherford International, LLC, et al, | § | |
| **Defendants.** | § | |

## O R D E R

On June 27, 2016, the Court granted Plaintiffs' Unopposed Motion for Approval of FLSA Settlement (Docket Entry No. 51). All pending deadlines are terminated. All pending settings are cancelled. It is hereby **ORDERED** that closing papers be submitted no later than December 8, 2016, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 8th day of November, 2016.

_____
**SIM LAKE
UNITED STATES DISTRICT JUDGE**