United States District Court
Southern District of Texas
**ENTERED**
December 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN NIEMEYER, individually and on behalf of all others similarly situated, | § Docket No. 4:14-cv-03068 |
| Plaintiffs, | § |
| vs. | § JURY TRIAL DEMANDED |
| WEATHERFORD INTERNATIONAL, LLC and PRECISION ENERGY SERVICES, INC., | § CLASS & COLLECTIVE ACTION |
| Defendant. | § |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin Niemeyer ("Plaintiff") and Defendants Weatherford International, LLC f/k/a Weatherford International, Inc. and Precision Energy Services, Inc. ("Defendants") pursuant to Rule 41(a)(1)(A)(ii), file this Joint Stipulation of Dismissal with Prejudice of all claims and causes of action that were asserted by Plaintiffs against Defendants related to the instant lawsuit.

It is, therefore, ORDERED that pursuant to the Joint Stipulation of Dismissal with Prejudice, Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE.

Dated this 14th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE